ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:24-CR-0180-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| HUGO ALBERTO HERRERA RODRIGUEZ, | DATE: |
| Defendant. | TIME: |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on July 28, 2026, before the Honorable District Judge John A. Mendez, and time was excluded through July 28, 2026, for purposes of the Speedy Trial Act, under Local Code T4.  *See* ECF 9.

2.      On June 4, 2026, the Court reassigned this case to the Honorable Chief District Judge Troy L. Nunley, and vacated the status conference date set before Judge Mendez.  *See* ECF 12.

3.      By this stipulation, the parties now request to set a status conference on August 20, 2026, and defendant moves to exclude time between today's date and August 20, 2026, under Local Code T4.

4.      The parties agree and stipulate, and request that the Court find the following:

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

a)      The parties are discussing a proposed stipulated protective order to cover some of the discovery in this case, which they anticipate filing soon.

b)      Once a protective order is in place, the government will produce substantial discovery to the defense, including reports, photographs, and video and audio recordings.

c)      Counsel for defendant desires additional time to review this discovery, confer with his client about potential responses to the charges, conduct factual investigation and legal research, and otherwise prepare for trial.

d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 5, 2026 to August 20, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  June 5, 2026

ERIC GRANT
United States Attorney


/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney


Dated:  June 5, 2026

/s/ John R. Manning
John R. Manning
Counsel for Defendant
HUGO ALBERTO HERRERA
RODRIGUEZ


**ORDER**

IT IS SO FOUND AND ORDERED this 5th day of June, 2026.


_____
Troy L. Nunley
Chief United States District Judge


STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3